**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

IN RE:  Russell A. Neely,

                                                        CHAPTER 13
                                                        CASE NO.  07-54188
                                                        JUDGE  Marci B. McIvor

                                        Debtor(s).
_____/


### NOTICE OF VOLUNTARY DISMISSAL BY DEBTOR

        Now comes the Debtor and gives notice of his request[1] to Voluntarily Dismiss

this Chapter 13 Case pursuant to 11 U.S.C. §1307 (b).


Dated October 9, 2009, 2009                   /s/ *Russell A. Neely*          
                                              Russell A. Neely, Debtor


                                              Prepared by:



                                              /s/*Robert B. Reizner*     
                                              Robert B. Reizner (P 36760)
                                              Attorney for Debtor
                                              605 W. Michigan Avenue
                                              Jackson, MI 49201
                                              517 782-4922
                                              rob@reiznerlaw.com


---

[1] Debtor has suffered a heart attack and will have to accept V.A.
Disability in the near future.